DOC No. 319594                                                                 2353-21-544-710

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CAMICO MUTUAL INSURANCE COMPANY, a California corporation, individually and as subrogee of Richard L. Hawkins and RICHARD L. HAWKINS, individually,<br><br>Plaintiffs,<br><br>v.<br><br>ARTHUR ANDERSEN, LLP, an Illinois limited liability partnership,<br><br>Defendant. | Case No.:<br><br>**JURY TRIAL DEMANDED** |

**FILED**
DEC 0 5 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

DEC 0 5 2007

### FED.R.CIV. P. 7.1 CORPORATE DISCLOSURE STATEMENT

Now comes Plaintiff, CAMICO Mutual Insurance Company ("CAMICO"), and pursuant to Fed. R. Civ. P. 7.1, states as follows:

CAMICO is a mutual liability insurance company with no parent corporation. CAMICO does not issue stock and no publicly held company owns 10% or more of CAMICO stock.

Dated: December 5, 2007

CAMICO Mutual Insurance Company and
Richard L. Hawkins

By: _____
One of their Attorneys

D.J. Sartorio
Donald E. Elder
TRESSLER, SODERSTROM, MALONEY & PRIESS, LLP
233 South Wacker Dr.
Sears Tower, 22nd Floor
Chicago, Illinois 60606
(312) 627-4000
www.tsmp.com

07CV6861
JUDGE GUZMAN
MAGISTRATE JUDGE MASON