IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CAMICO MUTUAL INSURANCE COMPANY, a California corporation, individually and as subrogee of Richard L. Hawkins and RICHARD L. HAWKINS, individually, | ) ) ) ) | Civil Action, File No. 07 C 6861 |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| ARTHUR ANDERSEN, LLP, an Illinois limited liability partnership, | ) ) | Hon. Ronald A. Guzman |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that on February 4, 2008, he caused a copy of his Appearance to be delivered via the Northern District of Illinois Electronic Filing System to:

Dion Joseph Sartorio
Donald E. Elder
Tressler, Soderstrom, Maloney & Priess, LLP
233 S. Wacker Drive, 22nd Floor
Chicago, Illinois 60606-6399
Attorneys for: Richard L. Hawkins and Camico Mutual Insurance Company


Dated: February 4, 2008                              s/ Stanley J. Parzen
                                                                    Stanley J. Parzen