IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CAMICO MUTUAL INSURANCE COMPANY, a California corporation, individually and as subrogee of Richard L. Hawkins and RICHARD L. HAWKINS, individually, | ) ) ) ) | Civil Action, File No. 07 C 6861 |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| ARTHUR ANDERSEN, LLP, an Illinois limited liability partnership, | ) ) | Hon. Ronald A. Guzman |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 4, 2007, he caused a copy of the Notice of Motion and "MOTION OF ARTHUR ANDERSEN LLP TO DEFER RESPONSE TO THE COMPLAINT AND STATUS FOR 30 DAYS" to be delivered via the Northern District of Illinois Electronic Filing System to:

Dion Joseph Sartorio
Donald E. Elder
Tressler, Soderstrom, Maloney & Priess, LLP
233 S. Wacker Drive, 22nd Floor
Chicago, Illinois 60606-6399
Attorneys for: Richard L. Hawkins and Camico Mutual Insurance Company


Dated: February 4, 2008                    s/ Stanley J. Parzen_____
                                           Stanley J. Parzen