IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CAMICO MUTUAL INSURANCE COMPANY, a California corporation, individually and as subrogee of Richard L. Hawkins and RICHARD L. HAWKINS, individually,<br>          Plaintiffs,<br><br>v.<br><br>ARTHUR ANDERSEN, LLP, an Illinois limited liability partnership,<br>          Defendant. | Civil Action,<br>File No. 07 C 6861<br><br><br><br>Hon. Ronald A. Guzman |

**NOTICE OF MOTION**

In accord with Local Rule 5.3, please take notice that Arthur Andersen LLP, will present the attached "MOTION OF ARTHUR ANDERSEN LLP TO DEFER RESPONSE TO THE COMPLAINT AND STATUS FOR 30 DAYS" for hearing before this court in United States Court House, Everett McKinley Dirksen Building, 219 South Dearborn Street, City of Chicago, State of Illinois, on the day of February 6, 2008, at 9:30 o'clock a.m., or as soon thereafter as counsel can be heard.

Dated February 4, 2008.                    Respectfully submitted,


                                                                s/ Stanley J. Parzen _____
                                                                 Stanley J. Parzen
                                                                 Mayer Brown LLP
                                                                 71 South Wacker Drive
                                                                 Chicago, Illinois 60606-8747
                                                                 (312) 701-7326
                                                                 Attorney for: Arthur Andersen, LLP