IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CAMICO MUTUAL INSURANCE COMPANY, a California corporation, individually and as subrogee of Richard L. Hawkins and RICHARD L. HAWKINS, individually,<br>        Plaintiffs,<br><br>    v.<br><br>ARTHUR ANDERSEN, LLP, an Illinois limited liability partnership,<br>        Defendant. | Civil Action,<br>File No. 07 C 6861<br><br><br>Hon. Ronald A. Guzman |

## "NOTIFICATION OF AFFILIATES" DISCLOSURE STATEMENT

In compliance with Local Rule 3.2, Arthur Andersen, LLP, states that it has no publicly held affiliates.

Dated: February 4, 2008

Respectfully submitted,

s/ Stanley J. Parzen _____
Stanley J. Parzen
Mayer Brown LLP
71 South Wacker Drive
Chicago, Illinois 60606-8747
(312) 701-7326
Attorney for: Arthur Andersen, LLP