IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CAMICO MUTUAL INSURANCE COMPANY, a California corporation, individually and as subrogee of Richard L. Hawkins and RICHARD L. HAWKINS, individually,<br>    Plaintiffs,<br><br>    v.<br><br>ARTHUR ANDERSEN, LLP, an Illinois limited liability partnership,<br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action,<br>File No. 07 C 6861<br><br><br><br><br>Hon. Ronald A. Guzman |

**CERTIFICATE OF SERVICE**

   The undersigned hereby certifies that on February 4, 2008, he caused a copy of the "Notification of Affiliates" Disclosure Statement to be delivered via the Northern District of Illinois Electronic Filing System to:

Dion Joseph Sartorio
Donald E. Elder
Tressler, Soderstrom, Maloney & Priess, LLP
233 S. Wacker Drive, 22nd Floor
Chicago, Illinois 60606-6399
Attorneys for: Richard L. Hawkins and Camico Mutual Insurance Company


Dated: February 4, 2008         s/ Stanley J. Parzen_____
                     Stanley J. Parzen