IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CAMICO MUTUAL INSURANCE COMPANY, a California corporation, individually and as subrogee of Richard L. Hawkins and RICHARD L. HAWKINS, individually, | ) ) ) ) | Civil Action, File No. 07 C 6861 |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| ARTHUR ANDERSEN, LLP, an Illinois limited liability partnership, | ) ) ) | Hon. Ronald A. Guzman |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on March 5, 2008, he caused a copy of the Notice of Motion and "Motion of Arthur Andersen LLP to Stay Discovery and Other Proceedings Pending Decision on the Motion to Compel Arbitration" to be delivered via the Northern District of Illinois Electronic Filing System to:


Dion Joseph Sartorio & Donald E. Elder
Tressler, Soderstrom, Maloney & Priess, LLP
233 S. Wacker Drive, 22nd Floor
Chicago, Illinois 60606-6399
Attorneys for: Richard L. Hawkins and Camico Mutual Insurance Company



Dated: March 5, 2008                    s/ Stanley J. Parzen_____
                                        Stanley J. Parzen