IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CAMICO MUTUAL INSURANCE COMPANY, a California corporation, individually and as subrogee of Richard L. Hawkins and RICHARD L. HAWKINS, individually,<br>　　　　　Plaintiffs,<br><br>　　v.<br><br>ARTHUR ANDERSEN, LLP, an Illinois limited liability partnership,<br>　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action,<br>File No. 07 C 6861<br><br><br><br><br>Hon. Ronald A. Guzman |

**NOTICE OF MOTION**

In accord with Local Rule 5.3, please take notice that Arthur Andersen LLP, will present the attached "Motion of Arthur Andersen LLP to Stay Discovery and Other Proceedings Pending Decision on the Motion to Compel Arbitration" for hearing before this court in United States Court House, Everett McKinley Dirksen Building, 219 South Dearborn Street, City of Chicago, State of Illinois, on the day of March 11, 2008, at 9:30 o'clock a.m., or as soon thereafter as counsel can be heard, for an order staying the above-entitled action pending arbitration of the dispute.

Dated March 5, 2008.　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　s/ Stanley J. Parzen_____
　　　　　　　　　　　　　　　　　　　　Stanley J. Parzen
　　　　　　　　　　　　　　　　　　　　Mayer Brown LLP
　　　　　　　　　　　　　　　　　　　　71 South Wacker Drive
　　　　　　　　　　　　　　　　　　　　Chicago, Illinois 60606-8747
　　　　　　　　　　　　　　　　　　　　(312) 701-7326
　　　　　　　　　　　　　　　　　　　　Attorney for: Arthur Andersen, LLP