## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0
## Eastern Division

Camico Mutual Insurance Company, et al.
                                    Plaintiff,

v.                                          Case No.: 1:07−cv−06861
                                            Honorable Ronald A. Guzman

Arthur Andersen, LLP
                                    Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Monday, March 10, 2008:


        MINUTE entry before Judge Ronald A. Guzman :Motion by Defendant Arthur
Andersen, LLP to stay Discovery and Other Proceedings Pending Decision on the Motion
to Compel Arbitration[17] is granted. Set deadlines as to motion by Defendant Arthur
Andersen, LLP to compel arbitration and for stay of action pending arbitration [15] :
Response due by 3/31/2008. Reply due by 4/14/2008. Ruling to be by mail. Mailed
notice(cjg, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at *www.ilnd.uscourts.gov*.