IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CAMICO MUTUAL INSURANCE COMPANY, a California corporation, individually and as subrogee of Richard L. Hawkins and RICHARD L. HAWKINS, individually, | ) ) ) ) | Civil Action, File No. 07 C 6861 |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| ARTHUR ANDERSEN, LLP, an Illinois limited liability partnership, | ) ) | Hon. Ronald A. Guzman |
| Defendant. | ) | |

### ARTHUR ANDERSEN LLP's UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ITS REPLY IN SUPPORT OF ITS MOTION TO COMPEL

Defendant Arthur Andersen LLP respectfully requests an extension of time of 7 business days within which to file its reply brief in support of its motion to compel arbitration and to stay action pending arbitration. In support of this motion, defendant states as follows:

1. Defendant's reply brief currently is due on April 14, 2008.

2. Defendant received plaintiffs' opposition brief on March 31, 2008. Defendants' lead counsel was out of town for the entire week of March 31, 2008 on a long scheduled family vacation, and from April 7 to 9 was in Charleston, West Virginia preparing for and doing closing argument in a bench trial pending in the Federal District Court for the Southern District of West Virginia. Counsel was also scheduled to be out of town on April 11, 2008. Given these commitments, while counsel for Arthur Andersen LLP has diligently attempted to complete the preparation of the reply brief pursuant to the schedule, counsel has

not had sufficient time to adequately prepare and file the reply brief on the motion to compel arbitration.

    3.   Because of counsel's other commitments, counsel respectfully requests an extension of 7 business days in which to prepare and file the reply brief.

    4.   Plaintiffs do not oppose defendant's motion for an extension.

WHEREFORE, defendant Arthur Andersen respectfully requests that the Court grant its motion for an extension of time of 7 business days and permit them to file their reply brief on or before April 23, 2008.

April 9, 2009                                                                    Respectfully submitted,

                                                                                 s/ Stanley J. Parzen_____
Stanley J. Parzen
MAYER BROWN LLP
71 S. Wacker Dr.
Chicago, IL 60606
(312) 782-0600

Attorney for Arthur Andersen LLP