IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CAMICO MUTUAL INSURANCE COMPANY, ) <br> a California corporation, individually and as ) <br> subrogee of Richard L. Hawkins and RICHARD ) <br> L. HAWKINS, individually, ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> ARTHUR ANDERSEN, LLP, an Illinois limited ) <br> liability partnership, ) <br> Defendant. ) | Civil Action, <br> File No. 07 C 6861 <br> <br> <br> <br> <br> Hon. Ronald A. Guzman |

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that on April 9, 2008, he caused a copy of the Notice of Motion and "ARTHUR ANDERSEN LLP's UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ITS REPLY IN SUPPORT OF ITS MOTION TO COMPEL" to be delivered via the Northern District of Illinois Electronic Filing System to:

Dion Joseph Sartorio & Donald E. Elder
Tressler, Soderstrom, Maloney & Priess, LLP
233 S. Wacker Drive, 22nd Floor
Chicago, Illinois 60606-6399
Attorneys for: Richard L. Hawkins and Camico Mutual Insurance Company


Dated: April 9, 2008                    s/ Stanley J. Parzen
                                                Stanley J. Parzen