IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CAMICO MUTUAL INSURANCE COMPANY, ) <br> a California corporation, individually and as ) <br> subrogee of Richard L. Hawkins and RICHARD ) <br> L. HAWKINS, individually, ) <br>       Plaintiffs, ) <br> ) <br>     v. ) <br> ) <br> ARTHUR ANDERSEN, LLP, an Illinois limited ) <br> liability partnership, ) <br>       Defendant. ) | Civil Action, <br> File No. 07 C 6861 <br><br><br> Hon. Ronald A. Guzman |

**NOTICE OF MOTION**

     In accord with Local Rule 5.3, please take notice that Arthur Andersen LLP, will present the attached "ARTHUR ANDERSEN LLP's UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ITS REPLY IN SUPPORT OF ITS MOTION TO COMPEL" for hearing before this court in United States Court House, Everett McKinley Dirksen Building, 219 South Dearborn Street, City of Chicago, State of Illinois, on the day of April 15, 2008, at 9:30 o'clock a.m., or as soon thereafter as counsel can be heard.

Dated April 9, 2008.                                  Respectfully submitted,

                                                          s/ Stanley J. Parzen
                                                          Stanley J. Parzen
                                                          Mayer Brown LLP
                                                          71 South Wacker Drive
                                                          Chicago, Illinois 60606-8747
                                                          (312) 701-7326
                                                          Attorney for: Arthur Andersen, LLP