# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Camico Mutual Insurance Company, et al.

                                        Plaintiff,

v.                                                       Case No.: 1:07−cv−06861
                                                       Honorable Ronald A. Guzman

Arthur Andersen, LLP

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, April 11, 2008:

      MINUTE entry before Judge Honorable Ronald A. Guzman:Motion by Defendant Arthur Andersen, LLP for extension of time to file rreply as to motion to compel, motion to stay Unopposed [22] is granted. Reply due by 4/23/2008. Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.