DOC No. 431905                                                                    2353-21-544-710

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| CAMICO MUTUAL INSURANCE COMPANY, a California corporation, individually and as subrogee of Richard L. Hawkins and RICHARD L. HAWKINS, individually,<br><br>    Plaintiffs,<br><br>v.<br><br>ARTHUR ANDERSEN, LLP, an Illinois limited liability partnership,<br><br>    Defendant. | Case No.: 07 C 6861<br><br>Hon. Ronald A. Guzman |

## NOTICE OF PRESENTMENT

To:    Stanley J. Parzen -- sparzen@mayerbrownrowe.com
        Mayer Brown, LLP
        71 South Wacker Drive
        Chicago, Illinois 60606-8747

    **PLEASE TAKE NOTICE** that on the **8th** day of **May 2008** at **9:30 a.m.**, or as soon thereafter as counsel may be heard, I will appear before the **Honorable Ronald A. Guzman** or any judge sitting in his stead in **Room 1219** of the United States District Court for the Northern District of Illinois, Eastern Division, Chicago, Illinois, and move this Court pursuant to the attached: **Plaintiff's Motion for Leave to File A Sur-Reply,** a copy of which is attached hereto and served upon you

                              Tressler, Soderstrom, Maloney & Priess, LLP

                        By: _____/s/ Donald E. Elder_____
                              One of the Attorneys for
                              National Casualty Company

D.J. Sartorio
Donald E. Elder
Anthony N. Balice
Tressler, Soderstrom, Maloney & Priess, LLP
233 South Wacker Dr.
Sears Tower, 22nd Floor
Chicago, Illinois 60606
(312) 627-4000

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of May 2008, I electronically filed the foregoing with the Clerk of the U.S. District Court for the Northern District of Illinois, Eastern Division, using the CM/ECF system, which will send notification of such filing to the following:

Stanley J. Parzen -- sparzen@mayerbrownrowe.com
Mayer Brown, LLP
71 South Wacker Drive
Chicago, Illinois 60606-8747
(312) 701-7326

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

Stanley J. Parzen -- sparzen@mayerbrownrowe.com
Mayer Brown, LLP
71 South Wacker Drive
Chicago, Illinois 60606-8747
(312) 701-7326


Dated: May 2, 2008                              CAMICO Mutual Insurance Company and
                                                Richard L. Hawkins


                                                By: _____/s/ Donald E. Elder_____
                                                       One of their Attorneys

2