DOC No. 431898                                                                                          2353-21-544-710

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CAMICO MUTUAL INSURANCE COMPANY, )<br>a California corporation, individually and )<br>as subrogee of Richard L. Hawkins and )<br>RICHARD L. HAWKINS, individually, )<br>                                       )<br>           Plaintiffs,   )<br>                                       )<br>v.                                       )<br>                                       )<br>ARTHUR ANDERSEN, LLP, an Illinois limited )<br>liability partnership, )<br>                                       )<br>           Defendant.   ) | Case No.: 07 C 6861<br><br>Hon. Ronald A. Guzman |

## NOTICE OF FILING

To: Stanley J. Parzen -- sparzen@mayerbrownrowe.com
      Mayer Brown, LLP
      71 South Wacker Drive
      Chicago, Illinois 60606-8747
      (312) 701-7326

PLEASE TAKE NOTICE that on the 7th day of May 2008, there was filed with the United States District Court for the Northern District of Illinois, Eastern Division, Chicago, Illinois: **Plaintiffs' Sur-Reply Memorandum in Response to Arthur Andersen's Reply Brief**, a copy of which is attached hereto and served upon you.

                                            Tressler, Soderstrom, Maloney & Priess, LLP

                                            By: ____/s/ Donald E. Elder_____
                                                      One of the Attorneys for
                                                      National Casualty Company

D.J. Sartorio
Donald E. Elder
Anthony N. Balice
Tressler, Soderstrom, Maloney & Priess, LLP
233 South Wacker Dr.
Sears Tower, 22nd Floor
Chicago, Illinois 60606
(312) 627-4000

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of May 2008, I electronically filed the foregoing with the Clerk of the U.S. District Court for the Northern District of Illinois, Eastern Division, using the CM/ECF system, which will send notification of such filing to the following:

Stanley J. Parzen -- sparzen@mayerbrownrowe.com
Mayer Brown, LLP
71 South Wacker Drive
Chicago, Illinois  60606-8747
(312) 701-7326

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:  N/A

Dated:  May 7, 2008                     CAMICO Mutual Insurance Company and
                                        Richard L. Hawkins


                                        By: ____/s/ Donald E. Elder_____
                                            One of their Attorneys