**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Camico Mutual Insurance Company, et al.
                              Plaintiff,

v.                                            Case No.: 1:07−cv−06861
                                              Honorable Ronald A. Guzman

Arthur Andersen, LLP
                              Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Tuesday, May 13, 2008:


MINUTE entry before Judge Honorable Ronald A. Guzman: Status hearing set for 5/14/2008 at 9:30 a.m. is reset to 09:00 AM. on Court's own motion. Mailed notice(cjg, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.