# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CAMICO MUTUAL INSURANCE COMPANY, a California corporation, individually and as subrogee of Richard L. Hawkins and RICHARD L. HAWKINS, individually,<br>　　　　　Plaintiffs,<br><br>　　　v.<br><br>ARTHUR ANDERSEN, LLP, an Illinois limited liability partnership,<br>　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action,<br>File No. 07 C 6861<br><br><br><br><br>Hon. Ronald A. Guzman |

**DECLARATION OF STANLEY PARZEN**

I, Stanley Parzen, pursuant to penalty of perjury under 28 U.S.C. § 1746(1), state as follows:

1.　My name is Stanley Parzen. I am a partner at the law firm of Mayer Brown LLP representing Arthur Andersen LLP, in the above-captioned matter.

2.　I have personal knowledge of the matters set forth in this affidavit, and the matters stated herein are true and correct.

3.　I am familiar with the Partnership Agreement for Arthur Andersen LLP. I have represented Arthur Andersen LLP in numerous cases regarding the Partnership Agreement and its arbitration clause. In *Autori v. Arthur Andersen*, CV 03 0477909-S (Conn. Super. Ct., March 21, 2006), Andersen did not file the entire Partnership Agreement with the court. But it did file Articles 3(J), 5, 10, 23, 36, 38 & 39.

4.　The Partnership Agreement is a confidential document. Andersen has long maintained its organizational documents, including the Partnership Agreement, as confidential.

It has been Andersen's policy to inform its partners that the Partnership Agreement is a confidential document when they have been provided access to the document.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 23, 2008.

By: _____
STANLEY PARZEN