IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CAMICO MUTUAL INSURANCE COMPANY, a California corporation, individually and as subrogee of Richard L. Hawkins and RICHARD L. HAWKINS, individually, | ) ) ) ) | |
| Plaintiffs, | ) ) ) | Civil Action, File No. 07 C 6861 |
| v. | ) ) | |
| ARTHUR ANDERSEN, LLP, an Illinois limited liability partnership, | ) ) ) | Hon. Ronald A. Guzman |
| Defendant. | ) | |

**NOTICE OF MOTION**

In accord with Local Rule 5.3, please take notice that Arthur Andersen LLP, will present the attached "ARTHUR ANDERSEN LLP'S MOTION FOR LEAVE TO FILE ARTICLES 3(J), 5, 10, 23, 36, & 38 OF THE PARTNERSHIP AGREEMENT AND THE AGREEMENT'S COVER UNDER SEAL, OR IN THE ALTERNATIVE, TO DESIGNATE THOSE ARTICLES AND THE COVER AS RESTRICTED UNDER LOCAL RULE 26.2(A)" for hearing before this court in United States Court House, Everett McKinley Dirksen Building, 219 South Dearborn Street, City of Chicago, State of Illinois, on the day of May 29, 2008, at 9:30 o'clock a.m., or as soon thereafter as counsel can be heard, for an order staying the above-entitled action pending arbitration of the dispute.

Dated May 23, 2008.                                    Respectfully submitted,


                                                       s/ Stanley J. Parzen _____
                                                       Stanley J. Parzen
                                                       Mayer Brown LLP
                                                       71 South Wacker Drive
                                                       Chicago, Illinois 60606-8747
                                                       (312) 701-7326
                                                       Attorney for Arthur Andersen, LLP