## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                           Case Number: 07 C 6861

Camico Mutual Ins. Co. et al. v. Arthur Anderson, LLP

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Camico Mutual Insurance Company, a California Corporation, individually and as a subrogee of Richard L. Hawkins and Richard L. Hawkins, individually

| | |
|---|---|
| NAME (Type or print) <br> Anthony N. Balice | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Anthony N. Balice | |
| FIRM <br> Tressler, Soderstrom, Maloney & Priess, LLP | |
| STREET ADDRESS <br> Sears Tower, 22nd Floor, 233 S. Wacker Drive | |
| CITY/STATE/ZIP <br> Chicago, Illinois 60606-6399 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6271902 | TELEPHONE NUMBER <br> 312-627-4177 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐  NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐  NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |