IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CAMICO MUTUAL INSURANCE COMPANY, a California corporation, individually and as subrogee of Richard L. Hawkins and RICHARD L. HAWKINS, individually, | ) ) ) ) ) | Civil Action, File No. 07 C 6861 |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| ARTHUR ANDERSEN, LLP, an Illinois limited liability partnership, | ) ) | Hon. Ronald A. Guzman |
| Defendant. | ) | |

**NOTICE OF MOTION**

In accord with Local Rule 5.3, please take notice that Arthur Andersen LLP, will present the attached "MOTION FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITY" for hearing before this court in United States Court House, Everett McKinley Dirksen Building, 219 South Dearborn Street, City of Chicago, State of Illinois, on the day of July 15, 2008, at 9:30 o'clock a.m., or as soon thereafter as counsel can be heard, for an order staying the above-entitled action pending arbitration of the dispute.

Dated July 9, 2008.                              Respectfully submitted,


                                                 s/ Stanley J. Parzen
                                                 Stanley J. Parzen
                                                 Mayer Brown LLP
                                                 71 South Wacker Drive
                                                 Chicago, Illinois 60606-8747
                                                 (312) 701-7326
                                                 Attorney for Arthur Andersen, LLP