IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CAMICO MUTUAL INSURANCE COMPANY, a California corporation, individually and as subrogee of Richard L. Hawkins and RICHARD L. HAWKINS, individually,<br><br>Plaintiffs,<br><br>v.<br><br>ARTHUR ANDERSEN, LLP, an Illinois limited liability partnership,<br><br>Defendant. | Case No.: 07 C 6861<br><br>Hon. Ronald A. Guzman |

### PLAINTIFFS' MOTION FOR LEAVE TO FILE A RESPONSE BRIEF IN THE EVENT ARTHUR ANDERSEN'S MOTION SEEKING LEAVE TO FILE SUPPLEMENTAL AUTHORITY IS GRANTED

Plaintiffs, CAMICO Mutual Insurance Company ("CAMICO"), a California corporation, individually and as subrogee of Richard L. Hawkins, and Richard L. Hawkins ("Mr. Hawkins"), an individual, (CAMICO and Hawkins shall collectively be referred to herein as "Plaintiffs"), move this Court for leave to file a response brief to Arthur Andersen's ("AA") Motion for Leave to File Supplemental Authority. In support thereof Plaintiffs state as follows.

On July 9, 2008, AA filed its motion for leave to file supplemental authority attaching a copy of the decision styled *Casablanca Trax, Inc. v. Trax Records, Inc.*, ---N.E.2d ---2008, 2008 WL 2346088 (Ill. App. 1st Dist. June 6, 2008). Rather than merely submit supplemental authority for this Court's consideration, AA has elected to use its motion seeking leave to file such authority as a platform to further argue its motion to compel arbitration. While AA's attempt to further argue its case without leave of this Court is improper, Plaintiffs agree that *Casablanca Trax, Inc. v. Trax Records, Inc.*, ---N.E.2d ---2008, 2008 WL 2346088 (Ill. App. 1st Dist. June 6,

2008) should be considered by this Court in ruling on the pending motion. Thus, should this Court be inclined to grant AA's motion and consider its additional argument, Plaintiffs now seek leave to file a response addressing AA's additional argument and to discuss the significance of the *Casablanca Trax* holding. Plaintiffs believe that their response will assist the Court in deciding the pending motion to compel arbitration. In equity and good conscience, Plaintiffs should be permitted an opportunity to respond to these matters.

**WHEREFORE,** Plaintiffs CAMICO Mutual Insurance Company and Richard L. Hawkins respectfully request that they be granted leave by this Court to file, *instanter*, their Response brief to AA Motion for Leave to File Supplemental Authority, a true and correct copy of which is attached hereto as Exhibit A.

Dated: July 14, 2008                    CAMICO Mutual Insurance Company and
                                        Richard L. Hawkins


                                        By: __/s/ Donald E. Elder_____
                                              One of their Attorneys

D.J. Sartorio
Donald E. Elder
Anthony N. Balice
TRESSLER, SODERSTROM, MALONEY & PRIESS, LLP
233 South Wacker Dr.
Sears Tower, 22nd Floor
Chicago, Illinois 60606
(312) 627-4000
www.tsmp.com