DOC No. 436254                                                                                          2353-21-544-710

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CAMICO MUTUAL INSURANCE COMPANY, ) <br> a California corporation, individually and ) <br> as subrogee of Richard L. Hawkins and ) <br> RICHARD L. HAWKINS, individually, ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> ARTHUR ANDERSEN, LLP, an Illinois limited ) <br> liability partnership, ) <br> Defendant. ) <br> _____) | Case No.: 07 C 6861 <br><br> Hon. Ronald A. Guzman |

## NOTICE OF PRESENTMENT

To:   Stanley J. Parzen -- sparzen@mayerbrownrowe.com
      Mayer Brown, LLP
      71 South Wacker Drive
      Chicago, Illinois  60606-8747

**PLEASE TAKE NOTICE** that on the **17th** day of **July 2008** at **9:30 a.m.**, or as soon thereafter as counsel may be heard, I will appear before the **Honorable Ronald A. Guzman** or any judge sitting in his stead in **Room 1219** of the United States District Court for the Northern District of Illinois, Eastern Division, Chicago, Illinois, and move this Court pursuant to the attached: **Plaintiff's Motion for Leave to File a Response Brief in the event Arthur Andersen's Motion Seeking Leave to File Supplemental Authority is Granted,** a copy of which is attached hereto and served upon you

                                              Tressler, Soderstrom, Maloney & Priess, LLP

                                    By: _____/s/ Donald E. Elder_____
                                              One of the Attorneys for
                                              National Casualty Company

D.J. Sartorio
Donald E. Elder
Anthony N. Balice
Tressler, Soderstrom, Maloney & Priess, LLP
233 South Wacker Dr.
Sears Tower, 22nd Floor
Chicago, Illinois 60606
(312) 627-4000

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of July 2008, I electronically filed the foregoing with the Clerk of the U.S. District Court for the Northern District of Illinois, Eastern Division, using the CM/ECF system, which will send notification of such filing to the following:

Stanley J. Parzen -- sparzen@mayerbrownrowe.com
Mayer Brown, LLP
71 South Wacker Drive
Chicago, Illinois  60606-8747
(312) 701-7326

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

Stanley J. Parzen -- sparzen@mayerbrownrowe.com
Mayer Brown, LLP
71 South Wacker Drive
Chicago, Illinois  60606-8747
(312) 701-7326


Dated: July 14, 2008                CAMICO Mutual Insurance Company and
                                    Richard L. Hawkins


                                    By: _____/s/ Donald E. Elder_____
                                            One of their Attorneys