# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Camico Mutual Insurance Company, et al.

                                      Plaintiff,

v.                                                 Case No.: 1:07−cv−06861

                                                Honorable Ronald A. Guzman

Arthur Andersen, LLP

                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 14, 2008:

      MINUTE entry before the Honorable Ronald A. Guzman:Motion by Defendant Arthur Andersen, LLP for leave to file Supplemental Authority to its motion to compel arbitration [41] is granted. Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.