IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CAMICO MUTUAL INSURANCE COMPANY, a California corporation, individually and as subrogee of Richard L. Hawkins and RICHARD L. HAWKINS, individually,<br>        Plaintiffs,<br><br>v.<br><br>ARTHUR ANDERSEN, LLP, an Illinois limited liability partnership,<br>        Defendant. | Civil Action,<br>File No. 07 C 6861<br><br><br>Hon. Ronald A. Guzman |

**RESPONSE TO PLAINTIFFS' MOTION FOR LEAVE
TO FILE A RESPONSE BRIEF**

On July 14, 2008, plaintiffs filed a motion for leave to file a response brief in the event that Defendant Arthur Andersen LLP's ("Andersen") Motion for Leave to File Supplemental Authority was granted. Doc. #43. The Court later granted Andersen's motion. Doc. #45. Andersen does not oppose plaintiffs' motion for leave to file a response brief.[1]

Because Plaintiffs' Response Brief (Doc. #43, Exhibit A) rehashes plaintiffs' prior argument that two unrelated agreements exist here—a point already disputed and thoroughly briefed (see Doc. #25 at 6-8; Doc. #37 at 2-3, 5)—Andersen does not seek to file a reply brief to Plaintiffs' Response Brief. It considers the earlier briefing of the matter sufficient unless the Court directs otherwise.

---

[1] Andersen acknowledges, as plaintiffs point out, that while it correctly cited *Nagle v. Nadelhoffer, Nagle, Kuhn, Mitchell, Moss & Saloga, P.C.*, as an appellate court opinion reported at 244 Ill.App.3d 920 (Ill. App. 2d Dist. 1993), it mistakenly referenced it as an Illinois Supreme Court decision rather than an Appellate Court opinion in Andersen's Motion for Leave to File Supplemental Authority at ¶ 4.[1]

Dated July 15, 2008.                                Respectfully submitted,

                                                s/ Stanley J. Parzen _____
                                                Stanley J. Parzen
                                                Mayer Brown LLP
                                                71 South Wacker Drive
                                                Chicago, Illinois 60606-8747
                                                (312) 701-7326
                                                Attorney for Arthur Andersen, LLP