**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                                            Case Number: 07 C 6861
Camico Mutual Insurance Company and Richard Hawkins,
Plaintiffs
v.
Arthur Andersen LLP,
Defendant

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
Arthur Andersen LLP

| | |
|---|---|
| NAME (Type or print) <br> Justin Bishop Grewell | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ J. Bishop Grewell | |
| FIRM <br> Mayer Brown LLP | |
| STREET ADDRESS <br> 71 S. Wacker Drive | |
| CITY/STATE/ZIP <br> Chicago, IL 60606-4637 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6289622 | TELEPHONE NUMBER <br> 312 782-0600 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?   YES ☐   NO ☑ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?   YES ☐   NO ☑ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?   YES ☐   NO ☑ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES ☐   NO ☑ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |