**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Camico Mutual Insurance Company, et al.
                              Plaintiff,

v.                                              Case No.: 1:07−cv−06861
                                                Honorable Ronald A. Guzman

Arthur Andersen, LLP
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, July 16, 2008:

    MINUTE entry before the Honorable Ronald A. Guzman:Motion by Plaintiffs for leave to file Response Brief in the Event Arthur Andersen's Motion Seeking Leave to File Supplemental Authority is Granted [43] is granted. Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.