DOC No. 436411                                                            2353-21-544-710

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CAMICO MUTUAL INSURANCE COMPANY, ) <br> a California corporation, individually and ) <br> as subrogee of Richard L. Hawkins and ) <br> RICHARD L. HAWKINS, individually, ) <br> ) <br> ) Case No.: 07 C 6861 <br> Plaintiffs, ) <br> ) <br> v. ) Hon. Ronald A. Guzman <br> ) <br> ARTHUR ANDERSEN, LLP, an Illinois limited ) <br> liability partnership, ) <br> ) <br> Defendant. ) | |

## NOTICE OF FILING

To:  Stanley J. Parzen -- sparzen@mayerbrownrowe.com
     Mayer Brown, LLP
     71 South Wacker Drive
     Chicago, Illinois 60606-8747
     (312) 701-7326

PLEASE TAKE NOTICE that on the 16th day of July 2008, there was filed with the United States District Court for the Northern District of Illinois, Eastern Division, Chicago, Illinois: **Plaintiffs' Response to Arthur Andersen's Motion for Leave to File Supplemental Authority**, a copy of which is attached hereto and served upon you.

                                        Tressler, Soderstrom, Maloney & Priess, LLP

                                        By: ____/s/ Donald E. Elder_____
                                            One of the Attorneys for
                                            Camico Mutual Insurance Company and
                                            Richard L. Hawkins

D.J. Sartorio
Donald E. Elder
Anthony N. Balice
Tressler, Soderstrom, Maloney & Priess, LLP
233 South Wacker Dr.
Sears Tower, 22nd Floor
Chicago, Illinois 60606

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of July 2008, I electronically filed the foregoing with the Clerk of the U.S. District Court for the Northern District of Illinois, Eastern Division, using the CM/ECF system, which will send notification of such filing to the following:

Stanley J. Parzen -- sparzen@mayerbrownrowe.com
Mayer Brown, LLP
71 South Wacker Drive
Chicago, Illinois 60606-8747
(312) 701-7326

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: N/A

Dated: July 16, 2008     CAMICO Mutual Insurance Company and
                                    Richard L. Hawkins

                                By: /s/ Donald E. Elder
                                           One of their Attorneys